IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jose Duran,<br><br>    Plaintiff,<br>  v.<br><br>Roshan R. Inc., et al.,<br><br>    Defendants. | NO. C 09-04536 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE FOR FILING MOTION FOR DEFAULT JUDGMENT** |

    This case is scheduled for a Case Management Conference on March 15, 2010. On December 4, 2009, the Clerk of Court entered default as to all Defendants. (See Docket Item No. 10.) Plaintiff has failed to file a Fed. R. Civ. P. 26(f) statement or notice a Motion for Default Judgment.

    However, in light of the entry of default, the Court VACATES the Case Management Conference. To advance the case and bring it to a close, on or before **March 29, 2010**, Plaintiff shall file his Motion for Default Judgment and notice it for a hearing date consistent with the availability of the Court's calendar.

Dated: March 10, 2010

                                            JAMES WARE<br>
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang adamqwang@gmail.com

**Dated: March 10, 2010**            **Richard W. Wieking, Clerk**

                                                    **By:  /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

United States District Court
For the Northern District of California