IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE DURAN, | NO. C 09-04536 JW |
| Plaintiff(s), <br> v. | **ORDER RE PLAINTIFF'S APPEARANCE FOR A PROOF UP HEARING** |
| ROSHAN R., INC, ET AL, | |
| Defendant(s). | |

The matter is currently set for a Motion for Default Judgment hearing on September 20, 2010 at 9:00 AM. Counsel shall secure Plaintiff Duran's presence for the proof up hearing on September 20, 2010. In addition, Plaintiff shall bring with him any and all proof of his work for Defendant, including copies of previous paychecks, cashed check forms, or bank statements, etc. for the Court's review.

Dated: September 15, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

**Adam Wang**  adamqwang@gmail.com

**Dated:  September 15, 2010**                                      **Richard W. Wieking, Clerk**

                                                                    **By:     /s/ JW Chambers              **
                                                                         **Elizabeth Garcia**
                                                                         **Courtroom Deputy**